■ THE PEOPLE OF THE STATE OF NEW YORK v. BRUCE AITKEN.— Motion granted and the order of this court entered on May 12, 1966 is amended by striking out the designation of Anthony F. Marra, Esq., as counsel to prosecute the appeal and by substituting therefor Hyman Fisch, Esq., of 36 West 44th Street, New York, N. Y., 10036, as such counsel. The time within which appellant shall perfect this appeal is hereby enlarged until 120 days from the date of filing of the record (see Code Crim. Pro., § 535). Concur — Botein, P. J., Breitel, Rabin, McNally and Stevens, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. ALBERT LIVINGSTON.— Motion for leave to appeal as a poor person denied, and the appeal dismissed since the denial of this order should be reviewed on appeal from the judgment of conviction pursuant to section 813-g of the Code of Criminal Procedure. Concur — Botein, P. J., Breitel, Rabin, McNally and Stevens, JJ.

## Republished

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN JOSEPH DUFFY, Appellant.— Order, entered on February 3, 1965, unanimously affirmed. The order of this court entered on September 22, 1966 (26 A D 2d 797) is vacated. Concur — Botein, P. J., Breitel, Rabin and Capozzoli, JJ.